FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2011 MAY -5  AM 9:06

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:10CB3010 |
| | ) | VIOLATION NO. 1752755 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY D. NELSON, | ) | MOTION AND ORDER TO |
| | ) | DISMISS |
| Defendant. | ) | |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and moves the Court to dismiss this matter at the request of the case agent

UNITED STATES OF AMERICA

By:   DEBORAH R. GILG
       United States Attorney
       District of Nebraska

And:  [signature]
       ALAN L. EVERETT #15387
       Assistant U. S. Attorney
       487 Federal Building
       100 Centennial Mall North
       Lincoln, Nebraska 68508
       Telephone: (402) 437-5241

IT IS SO ORDERED this 5th day of May, 2011.

BY THE COURT:

[signature]
CHERYL R. ZWART
United States Magistrate Judge